UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY, | No.  2:25-cv-3563 SCR P |
| Petitioner, | |
| v. | ORDER |
| GALVAN NEWSOM, et al., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis, motion for appointment of counsel, and motion for preliminary injunction.  ECF Nos. 3-5.

The application attacks a conviction issued by the Alameda County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1.   This matter is transferred to the United States District Court for the Northern District of California; and

2.   The Clerk of the Court is directed to terminate all pending motions and close this action.

DATED: February 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2